**Dismissed and Memorandum Opinion filed July 23, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00475-CR
_____

**RENE ORLANDO CASALLAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 263rd District Court
Harris County, Texas
Trial Court Cause No. 1291121**

# MEMORANDUM OPINION

Appellant entered a guilty plea to aggravated sexual assault of a child under the age of fourteen. In accordance with the terms of a plea bargain agreement with the State, on February 28, 2012, the trial court deferred a finding of guilt, placed appellant on community supervision for eight years, and assessed a $100 fine. The State subsequently moved to adjudicate appellant's guilt. Appellant signed a stipulation of evidence and entered a plea of true to the allegations in the motion.

As part of his agreement with the State, appellant signed a written waiver of his right to appeal. The trial court signed a judgment adjudicating appellant's guilt and, on May 8, 2013, sentenced him to confinement for twenty years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that the defendant has no right to appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Frost and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).